# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

## DIVISION II

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Respondent,<br><br>v.<br><br>QUAN HILARIPO CELESTINE<br><br>Appellant. | No. 59800-1-II<br><br><br>ORDER GRANTING<br>MOTION FOR RECONSIDERATION<br>IN PART AND WITHDRAWING<br>THE OPINION |

Appellant moves for reconsideration of the court's June 3, 2025 opinion. Upon consideration, the court grants the motion for reconsideration in part and the court will address the two issues not addressed in the opinion. The court denies the motion for reconsideration on the merits of the opinion. The opinion filed June 3, 2025 is withdrawn. A new opinion will be issued in due course. Accordingly, it is

SO ORDERED.

PANEL: Jj. Maxa, Cruser, Glasgow

FOR THE COURT:

_____

MAXA, J.